FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 09, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELIJAH-DANE: CHANEY,<br><br>                    Plaintiff,<br><br>        v.<br><br>STATE OF WASHINGTON and<br>TERESA JEAN WEBB,<br><br>                    Defendants. | NO. 2:24-CV-0202-TOR<br><br>ORDER OF DISMISSAL |

On June 25, 2024, this Court ordered Plaintiff to show cause in writing by July 8, 2024, as to why his claims should not be dismissed for failure to comply with Federal Rule of Civil Procedure 8(a)(2) and (d)(1) and for lack of subject matter jurisdiction pursuant to Rule 12(h)(3). *See* ECF No. 2. The Court explained that Plaintiff's "Writ of Error" did not comport with pleading standards under Rule 8 because it was not a complaint and did not clearly state the claims in issue or the factual basis for the asserted claims. *Id.* at 1-3. The Court added that it

ORDER OF DISMISSAL ~ 1

lacked subject matter jurisdiction over the action because it could not review the underlying state court orders in issue. *Id.* at 4.

Plaintiff did not respond to the Court's show cause order, nor did Plaintiff request additional time to respond to the order or amend his complaint. As such, the Court concludes that this matter must be dismissed pursuant to Rules 12(h)(3) and 8(a).

**ACCORDINGLY, IT IS HEREBY ORDERED:**

All claims and causes of action in this matter are **DISMISSED** without prejudice.

The District Court Executive is hereby directed to enter this Order and Judgment accordingly, furnish copies to Plaintiff at his address of record, and **CLOSE** the file.

DATED July 9, 2024.



Thomas O. Rice
THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL ~ 2